*Francis Finkelhor* for motion.

*John F. Keating* and *John M. Whelan* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.

In the Matter of the Arbitration Between SPRINGS COTTON MILLS, Respondent, and BUSTER BOY SUIT COMPANY, INC., Appellant.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument or to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 586.]

500 FIFTH AVENUE, INC., Respondent, *v.* MORRIS D. DALSHEIM, Appellant.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 587.]

MALLORY ASSOCIATES, INC., Appellant, *v.* BARVING REALTY Co., INC., et al., Respondents.

Submitted February 20, 1950; decided February 23, 1950.

Motion for reargument, etc., denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 297.]

MARIANNE HIRSCHLER, Appellant, *v.* BRIARCLIFF MANAGEMENT CORP., Respondent.

Argued February 21, 1950; decided March 2, 1950.

*Samuel Justin Jackman* and *Carl Eill Schiffer* for appellant.
*John C. Martin* and *Frederick Mellor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.